E-FILED
Monday, 04 May, 2026  02:50:23 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| JESSIE ALAN WOODWARD, | |
| **Plaintiff,** | |
| v. | Case No. 26-2102 |
| ROADIE INC., | |
| **Defendant.** | |

**REPORT AND RECOMMENDATION**

On April 8, 2026, Plaintiff filed a Complaint and Motion for Leave to Proceed in Forma Pauperis. However, Plaintiff did not complete the summons or USM-285 form for Defendant. Plaintiff also did not file the correct application to proceed in forma pauperis. On April 9, the Court gave Plaintiff 21 days (i.e., until May 1) to complete and return the summons and USM-285 form as well as to refile the application or pay the filing fee. The Court noted that failure to do so would result in dismissal of this case without prejudice. Plaintiff's deadline has passed, and Plaintiff has not completed and returned the forms. Plaintiff also has not refiled the application or paid the filing fee.

**Therefore, the Court recommends this case be DISMISSED without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 4th day of May, 2026

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE