E-FILED
Friday, 22 May, 2026  01:25:45 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| **JESSIE ALAN WOODARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 26-CV-2102** |
| **v.** | ) | |
| | ) | |
| **ROADIE INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On May 4, 2026, a Report and Recommendation (#4) was filed by U.S. Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. See 28 U.S.C. § 636(b)(1). This court therefore accepts the recommendation of the Magistrate Judge. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT the Report and Recommendation (#4) is accepted by this court. Plaintiff's case is DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). This case is terminated.

ENTERED this 22nd day of May 2026.

s/ *Colin S. Bruce*
COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE